Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Stephen J. Steinlight**
212.704.6008
stephen.steinlight@troutman.com


November 1, 2021

**VIA ECF**

Honorable Michael A. Shipp
U.S. District Court, District of New Jersey
Clarkson S. Fisher
Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:   Joanne Kujawinski v. Equifax Information Services, LLC,** *et al.*
> **Civil Action No. 3:21-cv-18625-MAS-DEA**

Your Honor:

      This firm represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above referenced matter.  We write to respectfully request an extension of time for Wells Fargo to file an answer or otherwise respond to Plaintiff's Complaint up to and including December 23, 2021 ("first request").  Wells Faro's current responsive pleading deadline is November 22, 2021.  The extension is not requested for the purpose of undue delay, but rather to allow Wells Fargo time to complete its investigation and analysis of the allegations and claims asserted in the Complaint and formulate a response thereto.  Further, Wells Fargo has consulted with Plaintiff's counsel, who consents to the extension being sought.  Accordingly, the requested extension will not prejudice any party.

      Respectfully submitted,


      */s/ Stephen J. Steinlight*
      STEPHEN J. STEINLIGHT


cc: All counsel of record (via ECF)